**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: May 19, 2011**

___

BK1101016
DP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 07-13159 |
| Marissa L. McCoy | Chapter 13 |
| | Judge Hopkins |
| Debtor | |
| | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY (PROPERTY ADDRESS: 1954 ROOSEVELT AVENUE, CINCINNATI, OH 45240)** |

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay of U.S. Bank, N.A. successor by merger to The Leader Mortgage Company filed herein on March 18, 2009 as document # 51; and upon the Affidavit of Default by Kara Knable dated April 14, 2011; and it appearing

to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by the debtor and located at 1954 Roosevelt Avenue, Cincinnati, OH 45240, which mortgage loan obligation is in default; and it further appearing that said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay filed herein on March 18, 2009 as document # 51, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly.

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code, shall be, and hereby is, terminated in all respects as against the Creditor, its successors and assigns.

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

###